# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Furse, Evelyn J. | 2. Court or Organization<br><br>United States District Court for the District of Utah | 3. Date of Report<br><br>10/25/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full time Magistrate Judge | **5a. Report Type (check appropriate type)**<br>☐ Nomination　　　Date<br>☑ Initial　☐ Annual　☐ Final<br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>09/30/2012 |

**7. Chambers or Office Address**

Federal District Court, District of Utah
350 South Main Street
Salt Lake City, UT 84101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Senior City Attorney | Salt Lake City Corporation |
| 2. | Member | Devis LLC |
| 3. | Commissioner | Utah State Bar |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. 2010 | Salt Lake City Corporation, Salary | $78,598.00 |
| 2. 2011 | Salt Lake City Corporation, Salary | $83,769.00 |
| 3. 2012 | Salt Lake City Corporation, Salary | $54,823.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2011-2012 | Wasatch Powerbird Guides, Salary |
| 2. 2011-2012 | Powderbird Enterprises LLC, Self Employment, Managing Member |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 10/25/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Ladysmith & District Credit Union | Mortgage secured by real property located in the Gulf Islands British Columbia. | M |
| 2. | Citi Mortgage | Mortgage secured by real property located in Park City, Utah | M |
| 3. | Citi Mortgage | Mortgage secured by real property located in Park City, Utah | M |
| 4. | American Servicing Company | Mortgage secured by real property located in Park City, Utah | M |
| 5. | Chase Bank | Mortgage secured by property held by Devis, LLC in Salt Lake City, Utah | N |
| 6. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 10/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Retirement Plan 1 | | | | | | | | | |
| 2. -Fid Adv Small Cap Fd A | A | Dividend | J | T | Exempt | | | | |
| 3. -Invsco VK Gr Inc A | A | Dividend | J | T | Exempt | | | | |
| 4. -JPM VK Intl Equity Fd | A | Dividend | J | T | Exempt | | | | |
| 5. -NW Mny Mkt | A | Interest | J | T | Exempt | | | | |
| 6. -PIMCO Ttl Rtn A | A | Int./Div. | J | T | Exempt | | | | |
| 7. Retirement Plan 2 | | | | | | | | | |
| 8. -Morgan Stanley Inst Mid Cap Growth | A | Int./Div. | K | T | Exempt | | | | |
| 9. -Pooled Stable Value Fund | A | Int./Div. | J | T | Exempt | | | | |
| 10. Individual Retirement Account 1 | A | Interest | M | T | Exempt | | | | |
| 11. Retirement Plan 3 | | | | | | | | | |
| 12. -Utah Retirement Systems, Defined Contribution Plans | D | Int./Div. | M | T | Exempt | | | | |
| 13. -Utah Retirement Systems, Defined Benefit Plan | A | Int./Div. | J | W | Exempt | | | | |
| 14. Costal Community Credit Union Saving Accts | A | Interest | J | T | Exempt | | | | |
| 15. Zions Bank Saving Accts | A | Interest | M | T | Exempt | | | | |
| 16. Wells Fargo Checking/Saving Accts | A | Interest | K | T | Exempt | | | | |
| 17. Rental Property, Park City Utah | D | Rent | O | W | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 10/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rental Property, Park City Utah | A | Rent | O | W | Exempt | | | | |
| 19. Rental Property, Park City Utah | D | Rent | O | W | Exempt | | | | |
| 20. Powderbird Enterprises LLC | D | Distribution | L | W | Exempt | | | | |
| 21. Devis, LLC | D | Distribution | N | W | Exempt | | | | |
| 22. American Express Bank, Savings | B | Interest | M | T | Exempt | | | | |
| 23. Chase Bank | B | Interest | M | T | Exempt | | | | |
| 24. Fidelity Investments | B | Interest | N | T | Exempt | | | | |
| 25. Janus Retirement | A | Interest | L | T | Exempt | | | | |
| 26. Land, in the Gulf Islands, British Columbia | A | None | N | W | Exempt | | | | |
| 27. Alysheba Fund | B | Int./Div. | M | T | Exempt | | | | |
| 28. Lady Smith & District Credit Union | A | Int./Div. | J | T | Exempt | | | | |
| 29. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 10/25/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Furse, Evelyn J. | 10/25/2012 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Evelyn J. Furse**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544